# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2024

## NO. 03-22-00524-CV

**Appellants, City of McAllen, City of San Antonio, City of Dallas, City of Austin, City of El Paso, City of Plano, City of Garland, City of Irving, City of Amarillo, City of Grand Prairie, City of Brownsville, City of McKinney, City of Waco, City of College Station, City of Sugar Land, City of Mission, City of Pharr, Town of Flower Mound, City of Rowlett, City of Bedford, City of San Marcos, City of Coppell, City of Huntsville, City of Duncanville, City of Hurst, City of Weslaco, City of San Benito, City of Watauga, City of Alamo, City of Midlothian, City of Highland Village, City of Seagoville, City of Hewitt, City of Alton, City of Hidalgo, City of Red Oak, City of Boerne, City of Webster, City of Roma, City of Rockport, City of Granbury, Town of Fairview, City of La Feria, City of Bastrop, City of Roanoke, City of Lucas, City of West Columbia, City of Hallsville, City of Balcones Heights, City of South Padre Island, City of Olmos Park, City of Grapeland, City of Aurora, City of Escobares, City of China Grove, City of Lindsay, Town of Westlake, and City of Simonton// Cross-Appellant, The State of Texas**

**v.**

**Appellee, The State of Texas// Cross-Appellees, City of McAllen, City of San Antonio, City of Dallas, City of Austin, City of El Paso, City of Plano, City of Garland, City of Irving, City of Amarillo, City of Grand Prairie, City of Brownsville, City of McKinney, City of Waco, City of College Station, City of Sugar Land, City of Mission, City of Pharr, Town of Flower Mound, City of Rowlett, City of Bedford, City of San Marcos, City of Coppell, City of Huntsville, City of Duncanville, City of Hurst, City of Weslaco, City of San Benito, City of Watauga, City of Alamo, City of Midlothian, City of Highland Village, City of Seagoville, City of Hewitt, City of Alton, City of Hidalgo, City of Red Oak, City of Boerne, City of Webster, City of Roma, City of Rockport, City of Granbury, Town of Fairview, City of La Feria, City of Bastrop, City of Roanoke, City of Lucas, City of West Columbia, City of Hallsville, City of Balcones Heights, City of South Padre Island, City of Olmos Park, City of Grapeland, City of Aurora, City of Escobares, City of China Grove, City of Lindsay, Town of Westlake, and City of Simonton; and Cross-Appellee, City of Houston**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on July 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portion of the trial court's judgment granting summary judgment in favor of the State of Texas and remands the case to the trial court for further proceedings consistent with this Court's opinion. We affirm the remainder of the trial court's judgment in favor of the appellants and cross-appellees. The State of Texas shall pay all costs relating to this appeal, both in this Court and in the court below.